ACCEPTED
05-14-01400-cr
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/18/2015 10:55:49 AM
LISA MATZ
CLERK

# IN THE
# COURT OF APPEALS

## FOR THE FIFTH DISTRICT OF TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/18/2015 10:55:49 AM
LISA MATZ
Clerk

## AT DALLAS

| | | |
|---|---|---|
| JOSE DELAPAZ REYES | § | Appeal No. 05-14-01400-CR |
| | § | |
| VS. | § | |
| | § | |
| THE STATE OF TEXAS | § | |

## MOTION TO EXTEND TIME
## TO FILE BRIEF FOR APPELLANT

### TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW Christian T. Souza ("counsel") as counsel for Appellant and respectfully motions this Honorable Court to extend the time for him to file his Brief for Appellant by 30 days, from March 18, 2015 to April 17, 2015. TEX. R. APP. P. 10.5(b), 38.6(a)(2), and 38.6(d). In support of this motion counsel shows:

### I.

Appellant has not previously requested any extensions. Counsel has had conflicting obligations since February 17, 2015 that have included: (1) Petition for Discretionary Review in *Cruz Martinez v. State*, Nos. PD-1624-14 and PD-1625-14, filed on February 20, 2015; (2) Brief for Appellant in *Araceli Guzman v. State*, Appeal No. 02-14-00297-CR,

–1–

tendered to the Second Court of Appeals of Texas on February 27, 2015; (3) Reply Brief filed on March 1, 2015 in *Stuart Mitchell v. United States of America*, Appeal No. 14-10713, United States Court of Appeals for the Fifth Circuit; and (4) hearing on March 6, 2015 in District Court in Midland Texas and other activity relating to indigence status, payment for record and designation of the record in *Arron Castillo v. State*, Appeal No. 11-14-00280-CR, Eleventh Court of Appeals of Texas.

III.

For the foregoing reasons, Appellant respectfully prays for this Honorable Court to grant a briefing extension of 30 days, from March 18, 2015 to April 17, 2015. TEX. R. APP. P. 10.5(b), 38.6(a)(2), and 38.6(d). Appellant prays for any other relief that this Court would deem appropriate.

Respectfully Submitted,

/s/ Christian T. Souza
Christian T. Souza
SBN: 00785414
4303 N. Central Expressway
Dallas, Texas 75205
(214) 862-7462

(214) 696-0867 (fax)

E-Mail: ctsouza@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that the Office of the Dallas County Criminal District Attorney, ATTN. Appellate Division, has or will be contemporaneously served with a copy of this motion via electronic mail to DCDAAppeals@dallascounty.org.

 /s/ Christian T. Souza 
Christian T. Souza